COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, Chafin and Senior Judge Annunziata

CLUB DEMONSTRATION SERVICES AND
 GALLAGHER BASSETT SERVICES, INC.

MEMORANDUM OPINION*
v.     Record No. 2078-13-4                                                     PER CURIAM
                                                                                MARCH 4, 2014
KELLY WILLIAMS


                 FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

                 (Jessica A. Gorman; Kalbaugh, Pfund & Messersmith, on briefs), for
                 appellants.

                 (Andrew S. Kasmer, on brief), for appellee.


        Appellants appeal a decision of the Workers' Compensation Commission finding that

Kelly Williams' injury arose out of her employment.  We have reviewed the record and the

commission's opinion and find that this appeal is without merit.  Accordingly, we affirm for the

reasons stated by the commission in its final opinion.  See Williams v. Club Demonstration

Servs., VWC File No. JCN VA00000700795 (Oct. 10, 2013).  We dispense with oral argument

and summarily affirm because the facts and legal contentions are adequately presented in the

materials before the Court and argument would not aid the decisional process.  See Code

§ 17.1-403; Rule 5A:27.

                                                                                        Affirmed.


_____

        * Pursuant to Code § 17.1-413, this opinion is not designated for publication.